**UNITED STATES BANKRUPTCY COURT**
**NEW JERSEY DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-15192-JNP |
| JAMES PAGLIUGHI | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 1070 HARDING HWY, BUENA, NJ 08310 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*9422**

NOW COMES Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
NJBKR@brockandscott.com

Rocket Mortgage, LLC
1050 Woodward Avenue
Detroit, Michigan 48226

Please take notice that the undersigned hereby appears as counsel for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may

24-19623 BKPLN01




be taken in the instant case or any associated case or proceeding involving the above-named

Creditor.

RESPECTFULLY SUBMITTED,

/s/ Matthew K. Fissel
Matthew Fissel, NJ Bar No. 038152012
Andrew Spivack, NJ Bar No. 018141999
Jay Jones, NJ Bar No. 972011
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

24-19623 BKPLN01