UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ANDREW M. CARROLL
427 N. Packard Street
Hammonton, NJ 08037
AMC/0842

Order Filed on September 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Pagliughi, James

Case No.: 24-15192   (JNP)

Adv. No.:

Judge Jerrold N. Poslusny, Jr.

### ORDER GRATING MOTION TO ALLOW 341(a) MEETING OF CREDITORS TO PROCEED VIA INTERROGATORIES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: September 17, 2024

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Pagliughi, James
Case No.: 24-15192        JNP
Caption of Order: Allow 341(a) Meeting of Creditors To Proceed Via Interrogatories

---

This matter having been brought before the Court by the debtor's attorney, Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of said Motion to the interested creditors, and to the United States Trustee, the Chapter 13 Trustee and all interested parties having had an opportunity to be heard, the Court having reviewed the moving papers and all responses thereto, and for good cause shown the 341(a) meeting of creditors may be conducted at the discretion of the Trustee, via interrogatories.

**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested parties within five (5) days of the entry hereof.