| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Andrew M. Carroll, Esq<br>427 N Packard St<br>Hammonton, NJ 08037<br>AMC/0842<br>(856) 426-9815 - Phone<br>(856) 997-1031 - Fax<br>AndrewCarrollEsq@gmail.com | |
| In re:<br>      **James Pagliughi** | Case No.:    **24-15192**<br><br>Chapter:    **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:    Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, <u>Andrew Carroll</u> :

    ☑ represent <u>Debtor</u> in the this matter.

    ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On <u>January 9, 2025</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Chapter 13 plan of January 9, 2025, Notice of plan transmittal, Appraisal and no filing on file for UCC-1 and (present) Certificate of Service.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>January 9, 2025</u>

/s/ Andrew Carroll
_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BHG Financial<br>201 Solar Street<br>Syracuse, NY 13204 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ECF<br>(as authorized by the court *) |
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002<br><br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Standing Trustee<br><br><br><br><br>US Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Planet Home Lending<br>321 Research Parkway<br>Suite 303<br>New Haven, CT 06540 | Secured creditor - mortgage holder | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other ECF<br>(as authorized by the court *) |
| Sofi Bank<br>2750 E Cooperwood Pkwy<br>Salt Lake City, UT 84121 | General unsecured creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other ECF<br>(as authorized by the court *) |

rev. 8/1/15