| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>ANDREW M. CARROLL<br>427 N. Packard St<br>Hammonton, NJ 08037<br>AMC/0842 | Order Filed on May 27, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: Pagliughi, James | Case No.: 24- 15192 JNP<br><br>Adv. No.:<br><br>Judge Jerrold N. Poslusny, Jr. |

ORDER CONVERTING PROOF OF CLAIM
FROM SECURED TO UNSECURED

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 27, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Pagliughi, James
Case No.: 24- 15192 JNP
Caption of Order: Order converting Proof of Claim from secured to unsecured

This matter having been brought before the Court by the debtor's attorney, Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of said Motion to the interested creditors, and to the United States Trustee, the Chapter 13 Trustee and parties having had an opportunity to be heard, the Court having reviewed the moving papers and all responses thereto, and for good cause shown the proof of claim filed by Bankers Healthcare Group, LLC are hereby to be considered wholly unsecured, no longer secured.

**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested parties within five (5) days of the entry hereof.

_____
Andrew B. Altenburg, U.S.B.J