| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ANDREW M. CARROLL<br>427 N. Packard St.<br>Hammonton, NJ 08037<br>AMC/0842 | |
| In re:<br>　　　**James Pagliughi** | Case No.: **24-15192**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:<br>　　Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, __Andrew Carroll__ :

    ☑ represent __Debtor__ in the this matter.

    ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __May 28, 2025__ , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    Order Granting Motion to Modify Claim, Modified Chapter 13 plan, Notice of Plan Transmittal and (present) certification of service.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  05/28/2025                                          /s/ Andrew Carroll
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Standing Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **BHG Financial**<br>**201 Solar Street**<br>**Syracuse, NY 13204** | Affected Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Planet Home Lending**<br>**321 Research Parkway**<br>**Suite 303**<br>**New Haven, CT 06540** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Sofi Bank**<br>**2750 E Cooperwood Pkwy**<br>**Salt Lake City, UT 84121** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.