UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ANDREW M. CARROLL
427 N. Packard St
Hammonton, NJ 08037
AMC/0842

**Order Filed on May 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: Pagliughi, James

Case No.: 24- 15192 JNP

Adv. No.:

Judge Jerrold N. Poslusny, Jr.

## ORDER CONVERTING PROOF OF CLAIM
## FROM SECURED TO UNSECURED

The relief set forth on the following pages, numbered two (2) through

two (2) is hereby **ORDERED**.

**DATED: May 27, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Pagliughi, James
Case No.: 24- 15192 JNP
Caption of Order: Order converting Proof of Claim from secured to unsecured

---

This matter having been brought before the Court by the debtor's attorney,

Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of

said Motion to the interested creditors, and to the United States Trustee, the Chapter 13

Trustee and parties having had an opportunity to be heard, the Court having reviewed

the moving papers and all responses thereto, and for good cause shown the proof of

claim filed by Bankers Healthcare Group, LLC are hereby to be considered wholly

unsecured, no longer secured.


**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested

parties within five (5) days of the entry hereof.


_____
Andrew B. Altenburg, U.S.B.J

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 24-15192-JNP

James Pagliughi                                                                                  Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                    Page 1 of 2

Date Rcvd: May 28, 2025                        Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

**Recip ID            Recipient Name and Address**
db                 +  James Pagliughi, 1070 Harding Highway, Buena, NJ 08310-1529

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:**

**Name                        Email Address**

Andrew B Finberg
                              courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                              on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew L. Spivack
                              on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC andrew.spivack@brockandscott.com,
                              wbecf@brockandscott.com

Andrew M. Carroll
                              on behalf of Debtor James Pagliughi AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com

Denise E. Carlon
                              on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1                                   User: admin                                         Page 2 of 2
Date Rcvd: May 28, 2025                        Form ID: pdf903                            Total Noticed: 1
TOTAL: 6