*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Chapter 13 Standing Trustee**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| **IN RE:**<br><br>JAMES PAGLIUGHI<br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No. 24-15192 (JNP)<br><br>***CERTIFICATION IN SUPPORT OF ORDER DISMISSING CASE*** |

    I, Andrew B. Finberg, Chapter 13 Standing Trustee, am authorized to make this certification.

1. I Andrew B. Finberg, Chapter 13 Standing Trustee for Region 3 pursuant to an order entered by the Office of the United States Trustee, United States Department of Justice.

2. I am personally familiar with the matters set forth herein and I am qualified to testify about them.

3. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 105.

4. Debtor filed a Chapter 13 Petition on May 22, 2024, with the assistance of Andrew M. Carroll, Esquire.

5. Debtor appeared at the Section 341(a) Meeting of Creditors on August 8, 2024.

6. Debtor filed a Modified Chapter 13 Plan on May 28, 2025, proposing payment of $600 for fifty-three (53) months to pay a base dividend of $34,750 to the unsecured creditors who timely filed a proof of claim.

7. At the seventh (7) listing for confirmation held on June 18, 2025, the Trustee recommended a peremptory adjournment to August 20, 2025.

9. On June 16, 2025, a Final Adjournment Order was entered by the Court. The Order required the Debtor to file amended Schedules and submit documents to the Trustee.

10. Pursuant to the June 16, 2025, Order, if the Debtor failed to comply with the terms of the Order or failed to file an opposition with the Court seven (7) days prior to the Final Adjournment Date, the Trustee may file a Certification of Non-Compliance dismissing the case.

11. Debtor had not filed amended Schedules or provided documents to the Trustee. Furthermore, no opposition to the Final Adjournment Order was filed with the Court.

12. Contemporaneously with the filing of this Certification, the Trustee is electronically submitting a proposed Order Dismissing Case for the Court's consideration.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: August 14, 2025

By: /s/ Andrew B. Finberg
Andrew B. Finberg,
Chapter 13 Standing Trustee