| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Andrew B. Finberg, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

Order Filed on August 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

JAMES PAGLIUGHI

Case No.: 24-15192-JNP

Hearing Date: August 20, 2025  10:00 am

Judge:  Jerrold N. Poslusny Jr.

Chapter: 13

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: August 15, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 1 of 2

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file required schedules, statements, plan and/or summary
- failure to provide all required documents to the Trustee

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15192-JNP |
| James Pagliughi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 15, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

**Recip ID          Recipient Name and Address**
db              + James Pagliughi, 1070 Harding Highway, Buena, NJ 08310-1529

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

**Name              Email Address**

Andrew B Finberg
                courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew L. Spivack
                on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Andrew M. Carroll
                on behalf of Debtor James Pagliughi AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com

Denise E. Carlon
                on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 15, 2025 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6